AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Papalia, Vincent F. | United States Bankruptcy Court for District of New Jersey | 05/11/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Judge | ☐ Nomination    Date <br> ☐ Initial   ☑ Annual   ☐ Final <br> 5b. ☐ Amended Report | 01/01/2017 <br> to <br> 12/31/2017 |

**7. Chambers or Office Address**

M.L. King Jr. Federal Bldg.
50 Walnut Street
Newark, NJ 07102

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1/1/2015 | Saiber LLC - Return of Capital - Bi-Weekly payments over 2 years, no control |
| 2. | 1/1/2015 | Saiber LLC - Retirement Benefit - Bi-Weekly payments over 5 years, no control |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Papalia, Vincent F. | 05/11/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | Saiber L.L.C. - Payment of Retirement Benefit (see Part II) | $27,664.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Ramapo College - salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Turnaround Management Assn. | June 6-7, 2017 | Atlantic City, NJ | Regional meeting/education | Transportation, lodging, and meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Papalia, Vincent F. | 05/11/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | PNC | Mortgage (Rental Property #1) | N |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Papalia, Vincent F. | 05/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PNC BANK ACCOUNT | A | Interest | L | T | | | | | |
| 2. RENTAL PROPERTY #1 SEASIDE PARK, NJ | D | Rent | N | R | | | | | |
| 3. BROKERAGE ACCT #1 (H) | | | | | | | | | |
| 4. FIDELITY GOVT MONEY MKT CAP. RESERVES | A | Int./Div. | J | T | Sold (part) | 01/30/17 | J | | |
| 5. | | | | | Buy (add'l) | 02/01/17 | J | | |
| 6. LORD ABBETT MULTI ASSET INCOME FUND F | A | Int./Div. | | | Sold | 02/01/17 | K | | |
| 7. BLACKROCK MULTI ASSET INCOME INSTL | B | Int./Div. | K | T | | | | | |
| 8. PUBLIC SERVICE ENTERPRISE GROUP | A | Dividend | K | T | | | | | |
| 9. EVERSOURCE ENERGY COM | A | Dividend | J | T | | | | | |
| 10. VANGUARD BALANCED INDEX ADMIRAL | A | Dividend | K | T | Buy | 01/30/17 | K | | |
| 11. IRA #1 (H) | | | | | | | | | |
| 12. FIDELITY GOVT MONEY MKT CAP. RESERVES | A | Int./Div. | K | T | Sold (part) | 02/01/17 | K | | |
| 13. | | | | | Sold (part) | 09/25/17 | J | | |
| 14. | | | | | Buy (add'l) | 09/26/17 | J | | |
| 15. | | | | | Buy (add'l) | 10/13/17 | J | | |
| 16. AMERICAN FUNDS, AMERICAN BALANCED FUND F2 | C | Dividend | L | T | | | | | |
| 17. JOHN HANCOCK INTL GROWTH FUND | A | Dividend | K | T | Buy | 10/13/17 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Papalia, Vincent F. | 05/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. JPMORGAN INTERNATNL UNCONSTND EQ | A | Dividend | K | T | Buy | 09/25/17 | K | | |
| 19. LORD ABBETT FLOATING RATE INC FD | B | Dividend | | | Sold | 10/13/17 | K | | |
| 20. LORD ABBETT GROWTH LEADERS FUND F | B | Dividend | K | T | | | | | |
| 21. VANGUARD BALANCED INDEX ADMIRAL | B | Dividend | L | T | | | | | |
| 22. VANGUARD HEALTH CARE ADMIRAL | B | Dividend | K | T | | | | | |
| 23. PIMCO INCOME FUND INSTITUTIONAL FUND | B | Dividend | K | T | | | | | |
| 24. ISHARES TR US REGNL BNKS | A | Dividend | | | Buy | 02/01/17 | K | | |
| 25. | | | | | Sold | 09/26/17 | K | | |
| 26. BROKERAGE ACCT #2 (H) | | | | | | | | | |
| 27. FIDELITY GOVT. MONEY MKT CAP. RESERVES | A | Int./Div. | K | T | | | | | |
| 28. FPA CRESCENT FUND | B | Int./Div. | K | T | | | | | |
| 29. BLACKROCK MULTI ASSET INCOME PORT A | B | Int./Div. | K | T | | | | | |
| 30. PIMCO INCOME FUND A | B | Int./Div. | K | T | | | | | |
| 31. LORD ABBETT HIGH YIELD FD CL F | A | Dividend | K | T | | | | | |
| 32. IRA #2 (H) | | | | | | | | | |
| 33. WELLS FARGO BANK DEPOSIT SWEEP (CASH) (Y) | | | | | | | | | |
| 34. ALTRIA GROUP (MO) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Papalia, Vincent F. | 05/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. AT&T (T) | A | Dividend | J | T | | | | | |
| 36. AXA-ADR (AXAHY) | A | Dividend | J | T | Sold (part) | 10/30/17 | J | | |
| 37. BANK OF AMERICA CORP (BAC) | A | Dividend | | | Sold | 05/31/17 | J | | |
| 38. BRISTOL MYERS SQUIBB (BMY) | A | Dividend | J | T | | | | | |
| 39. CATERPILLAR (CAT) | A | Dividend | K | T | | | | | |
| 40. FORD MOTOR COMPANY (F) | A | Dividend | J | T | | | | | |
| 41. GILEAD SCIENCES INC NEW (GILD) | A | Dividend | J | T | | | | | |
| 42. HOME DEPOT (HD) | A | Dividend | K | T | | | | | |
| 43. INTEL CORP (INTC) | A | Dividend | J | T | | | | | |
| 44. MERCK & CO (MRK) | A | Dividend | J | T | | | | | |
| 45. PHILIP MORRIS (PM) | A | Dividend | J | T | | | | | |
| 46. PROCTOR & GAMBLE (PG) | A | Dividend | J | T | | | | | |
| 47. SUBURBAN PROPAN (SPH) | A | Distribution | J | T | | | | | |
| 48. TRANSOCEAN LTD (RIG) (Y) | | | | | | | | | |
| 49. VALLEY NATIONAL (VLY) | A | Dividend | J | T | | | | | |
| 50. VERIZON COMMUNICATIONS | A | Dividend | J | T | Buy | 05/31/17 | J | | |
| 51. WEYERHAEUSER CO | A | Dividend | J | T | Buy | 10/30/17 | J | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Papalia, Vincent F. | 05/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. NJ ALTER BENE PROGRAM 401(A) #1 (H) | | | | | | | | | |
| 53. TIAA CREF MONEY MARKET R3 | A | Int./Div. | K | T | | | | | |
| 54. NJ ALTER BENE PROGRAM 401(A) #2 (H) | | | | | | | | | |
| 55. TIAA CREF MONEY MARKET R3 | A | Int./Div. | J | T | | | | | |
| 56. TIAA STABLE VALUE FUND | A | Int./Div. | J | T | | | | | |
| 57. IRA #3 (H) | | | | | | | | | |
| 58. AMERICAN FUNDS, AMERICAN BALANCED FUND CL A (Y) | | | | | | | | | |
| 59. IRA #4 (H) | | | | | | | | | |
| 60. RBC Branch Sweep Program - Money Market | A | Dividend | J | T | | | | | |
| 61. Federated Strategic Value Record (SVAIX) | C | Dividend | K | T | | | | | |
| 62. American Funds, Washington Mutual INV Fund (WMFFX) | B | Dividend | K | T | | | | | |
| 63. Fidelity Advisor Strategic Record (FSIDX) | A | Dividend | K | T | | | | | |
| 64. Invesco Income Allocation Fund (ALAYX) | B | Dividend | K | T | | | | | |
| 65. IRA #5 (H) | | | | | | | | | |
| 66. IShares Core S&P MidCap (Common) (IJH) | A | Dividend | J | T | | | | | |
| 67. IShares Core S&P (IJR) | A | Dividend | J | T | | | | | |
| 68. IShares Core S&P 500 ETF (Common) (IVV) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Papalia, Vincent F. | 05/11/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. FIRST TR EXCHANGE TRADED ALPHADEX EMERGING MKTS SM CAP ALPHADEX (FEMS) | A | Dividend | J | T | Buy | 05/31/17 | J | | |
| 70. Vanguard FTSE Developed (Common) (VEA) | A | Dividend | K | T | | | | | |
| 71. Vanguard Total International ETF (BNDX) | A | Dividend | J | T | | | | | |
| 72. IShares JP Morgan USD (EMB) | A | Distribution | J | T | | | | | |
| 73. IShares Core (GOVT) | A | Dividend | J | T | | | | | |
| 74. SPDR (JNK) | A | Dividend | J | T | | | | | |
| 75. IShares IBoxx $ Investment (Common) (LQD) | A | Dividend | J | T | | | | | |
| 76. Vanguard FTSE Emerging (VWO) | A | Dividend | | | Sold | 05/31/17 | J | | |
| 77. IShares US Financial Svcs (Common) (Y) (IYG) | | | | | | | | | |
| 78. Deutsche X Trackers MSCI (Common) (DBEU) (Y) | | | | | | | | | |
| 79. Deutsche X Trackers MSCI EAFE (Common) (DBEF) (Y) | | | | | | | | | |
| 80. First Trust Dorsey Wright (Common) (FV) (Y) | | | | | | | | | |
| 81. First Trust Exchange Traded (Common) (HYLS) (Y) | | | | | | | | | |
| 82. First Trust Preferred (Common) (FPE) (Y) | | | | | | | | | |
| 83. IShares 3 to 7 Treasury (Common) (IEI) (Y) | | | | | | | | | |
| 84. Select Sector SPDR Fund (Common) (XLK) (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Papalia, Vincent F. | 05/11/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. Vanguard Short Term (VCSH) (Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Papalia , Vincent F. | 05/11/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 2: Purchased March 2005 for $590,000 (1/2 interest)

Part VII, lines 7, 16, 21, 22, 23, 58, 61, 62, and 63: Name changes; see 2016, lines 7, 17, 15, 16, 18, 51, 75, 109, and 76, respectively.

In Part VII, changes in header designations do not denote a change in assets.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Vincent F. Papalia**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544